DHRUV M. SHARMA (SBN 279545)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92117-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

FILED & ENTERED

APR 08 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

Attorneys for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-8

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>KATHERINE ESCALANTE CLARK,<br><br>Debtor | Case No. 2:14-BK-10522-VZ<br><br>Chapter 13<br><br>**ORDER ON STIPULATION RE: DEBTOR'S MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL**<br><br>Hearing:<br>Date: 04/14/2014<br>Time: 11:00 a.m.<br>Crtm.: 1368 |

  Debtor Katherine Escalante Clark, by and through her counsel of record, Tyson Takeuchi and U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-8 (hereinafter "<u>U.S. Bank</u>"), secured creditor of the above-entitled Debtor, by and through its counsel of record, Pite Duncan, LLP, have executed and filed a Stipulation regarding the treatment of U.S. Bank's secured claim on real property located at 714 South California Avenue, West Covina, California 91790.

/././

/././

/././

- 1 -

**IT IS HEREBY ORDERED**:

I.    The Stipulation Regarding Motion for Order Determining Value of Collateral that was filed on March 31, 2014, at docket number 23 is hereby adopted as an Order of the Court.

###

Date: April 8, 2014

_____
Vincent P. Zurzolo
United States Bankruptcy Judge